1060

[No. 70448-6-I. Division One. December 15, 2014.]

ALLYN LINDEMANN ET AL., *Appellants*, v. TOYOTA MOTOR CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36784-5, Douglass A. North, J., entered May 7, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Leach, J.

[No. 70898-8-I. Division One. December 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHENG S. SAEPHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09756-3, Douglass A. North, J., entered September 12, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Becker, J.

[Nos. 71046-0-I; 71047-8-I. Division One. December 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD BAKER, *Appellant*.

Appeals from a judgment of the Superior Court for Island County, No. 13-1-00084-0, Alan R. Hancock, J., entered August 19, 2013. *Remanded* by unpublished per curiam opinion.

[No. 71137-7-I. Division One. December 15, 2014.]

DEBORAH McCALLUM, *Appellant*, v. GOLF ESCROW CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-08855-0, George F.B. Appel, J., entered October 24, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Appelwick, J.